IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 1:24-MJ-457 |
| | ) |
| PHILIP G. KIKO JR., | ) |
| | ) |
|                 *Defendant.* | ) |

**AFFIDAVIT IN SUPPORT OF A
<u>CRIMINAL COMPLAINT</u>**

I, Tanner Hubbard, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I am a Special Agent with the United States Secret Service (USSS). I have been employed as a Special Agent with the USSS since December 2017, and I am currently assigned to the USSS Global Investigative Operations Center and Northern Virginia – Washington, D.C. (NOVA) Internet Crimes Against Children (ICAC) task force. I have more than 1,240 hours of official law enforcement related training recorded with the United States Department of Homeland Security. I have also attended training in the proper identification, preservation, collection and investigation of digital devices and storage media, and the USSS certifies me as such. I have investigated numerous individuals for a wide variety of federal felony offenses, including computer fraud, access device fraud, child exploitation, and money laundering. As a federal agent, I am authorized to investigate violations of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

2. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents; written reports about this and other investigations that I

have received, directly or indirectly, from other law enforcement agents; information gathered from the service of subpoenas; the results of physical and electronic surveillance conducted by law enforcement agents; independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals; and my experience, training, and background as a Special Agent. This affidavit contains information necessary to support probable cause for this application. Because this affidavit is being submitted for the limited purpose of establishing probable cause for this application, I have not included every detail known to the government. Rather, I have set forth only those facts that I believe are necessary to establish probable cause.

    3.    I submit this affidavit in support of a criminal complaint charging Philip G. Kiko Jr. (KIKO), of Arlington, Virginia, which is within the Eastern District of Virginia, with sexual exploitation of children, in violation of 18 U.S.C. § 2251(a) and (e). For the reasons set forth below, I submit that probable cause exists to believe that between at least on or about July 2024 and November 15, 2024, KIKO knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, or attempted to do so, and the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce.

## STATUTORY AUTHORITY AND DEFINITIONS

    4.    Title 18, U.S. Code, Section 2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign

2

commerce, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce.

5. The term "minor," as defined in 18 U.S.C. § 2256(1), means any person under the age of 18 years.

6. The term "sexually explicit conduct," as defined in 18 U.S.C. § 2256(2)(A)(i)–(v), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

7. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data that is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## SUMMARY OF PROBABLE CAUSE

8. The USSS, in conjunction with other law enforcement entities, is investigating the production and advertisement of a particular series of child sexual abuse material (CSAM) being distributed on the dark web.

9. In June 2024, the USSS received information from law enforcement in Australia that an individual using the moniker TARGET USERNAME-1[1] had published a series of images and videos depicting minors engaged in sexually explicit conduct on a well-known child

---

[1] The full username is known to law enforcement, but anonymized here for operational security.

pornography site on the dark web. The series was reported to the National Center for Missing and Exploited Children (NCMEC) and given the name CSAM SERIES 1.[2]

10. Law enforcement in Australia provided me with the images and videos from CSAM SERIES 1. The videos included, for example:

   a. A one minute and seven second video titled 10YearOld[Victim Name Redacted]SucksOtherBrotherAndFriend.mp4. The video shows a pre-pubescent boy performing oral sex on another male. The other male is shown wiping what appears to be semen on the prepubescent boy's face.[3]

   b. A two minute and 36 second video titled [Victim Name Redacted]Sucks[Victim Name Redacted]SemenAgain.mp4. The video shows a prepubescent boy who appears to be engaged in anal sex with an unidentified male. The pre-pubescent boy is depicted performing oral sex on the unidentified male until the male ejaculates into the boy's mouth.

11. Australian law enforcement also sent information that they believed TARGET USERNAME-1 had also used the moniker TARGET USERNAME-2[4] to make posts on the dark web related to CSAM SERIES 1.

---

[2] The true name of the series is known to law enforcement, but anonymized here to prevent individuals from attempting to locate the series online.

[3] I use the term prepubescent to mean any child who does not show signs of hair around their genitals, who has a small stature, and/or whose body, including their hips, does not show any development.

[4] The full username is known to law enforcement, but anonymized here for operational security. This username begins with the same word as TARGET USERNAME-1, but ends with a different series of three numbers.

4

12. I reviewed the dark web profiles and postings of TARGET USERNAME-1 and TARGET USERNAME-2 and located several recent posts on a dark web forum made by TARGET USERNAME-2. Those posts included:

   a. A June 23, 2024 post, providing, "A few years ago, I had the privilege of going to a small village of Costa Rica to teach for two years. My students were from the ages of 4 and 12 and all have grown up into HOT young men who like they learned with me, teach to other young boys…Here is a preview of my 10-year-old boyfriend [Victim Name Redacted] who will do anything for money…you will be floored…" It appears that TARGET USERNAME-2 then attempted to post a preview of the 10-year-old boy he was talking about, however he was unsuccessful in posting the image. Following this, another dark web user appeared to post the preview for him. One of the image previews posted is titled 10YearOld[Victim Name Redacted]SucksOtherBrotherAndFriend.mp4, which is the same video title as one of the videos in CSAM SERIES 1.

   b. A July 4, 2024 post, providing, "We got it everybody…finally. Enjoy their beauty because the negotiations have paused for a bit…" TARGET USERNAME-2 then posted a link, however, the content from the link could not be recovered.

   c. A July 6, 2024 post, providing, "Hello everybody. Please delete these videos and tell everybody you know to delete them. The police may be involved soon as someone apparently has been made aware of their videos and the older brothers and older boys/young men making child porn…"

13. On or about September 1, 2024, on the same dark web forum where TARGET USERNAME-2 posted CSAM SERIES 1, a user named TARGET USERNAME-3[5], replied to another user's post containing child pornography. TARGET USERNAME-3 wrote, "Thank you for adding in Costa Rican boys...we had a scare but I was [TARGET USERNAME-2] and I am back. The boys won't do anymore videos but they sure did have fun. If anybody would like to post the Costa Rican boys with [Victim Name Redacted], you may now. I deleted everything because of the scare but I know some of you have them – I promise its safe to share if you want to."

14. I reviewed the child pornography posted by the other dark web user and observed a child pornography collage that appeared to include one of the male victims from CSAM SERIES 1.

15. On or about November 8, 2024, USSS sent an undercover message to TARGET USERNAME-3 on the aforementioned dark web child pornography forum. TARGET USERNAME-3 wrote that he would post a "surprise" if the USSS undercover agent posted the original CSAM SERIES 1 on the child pornography website. The USSS undercover agent asked TARGET USERNAME-3 what kind of surprise they were talking about and TARGET USERNAME-3 responded, "Him sucking two cocks and cum..." The USSS undercover asked TARGET USERNAME-3 if he meant [Victim Name Redacted] and on or about November 14, 2024, TARGET USERNAME-3 responded, "I sure do. You think you could help me upload?"

16. USSS investigated the user behind the three TARGET USERNAME accounts. The accounts were connected to each other, in part, by shared email addresses and logins to an IP address that resolved to the Washington, DC area. One of the email addresses associated with the

---

[5] The full username is known to law enforcement, but anonymized here for operational security. This username, like TARGET USERNAME-1 and TARGET USERNAME-2, begins with the same word, followed by a short series of numbers.

TARGET USERNAME accounts was found to be connected to KIKO and used "Kiko" in the email address. Furthermore, TARGET USERNAME-1 uses KIKO's date of birth (in numbers) in the username.

17. On November 15, 2024, law enforcement agents executed a federal search warrant, which had been issued by the U.S. District Court for the Eastern District of Virginia, to search KIKO's residence in Arlington, Virginia (the "SUBJECT PREMISES") for child-pornography-related evidence. During the search of the SUBJECT PREMISES, law enforcement determined that its only occupants were KIKO, his wife, and his minor children.

18. Law enforcement administered Miranda warnings and KIKO voluntarily agreed to be interviewed during the search of the SUBJECT PREMISES. In this interview, KIKO stated to law enforcement that he had traveled to Costa Rica in 2013 to teach English and met minor boys there. KIKO stated that after he left Costa Rica he stayed in communication with the minors on WhatsApp. KIKO admitted that he sent the minors money for them to create images and videos of themselves engaged in sexually explicit conduct. KIKO stated he instructed the minors regarding the types of sexual acts they should perform in the videos. KIKO stated he did this with 7 minor boys, and he had received CSAM from at least one minor as recently as October 2024. KIKO stated he received the CSAM on WhatsApp and then saved the CSAM to his laptop, where he would upload it to dark web sites. KIKO admitted to using the TARGET USERNAME-1, TARGET USERNAME-2, and TARGET USERNAME-3 monikers.

19. Law enforcement seized multiple electronic devices from the SUBJECT PREMISES pursuant to the search warrant, including an Apple iPhone 14 Plus, IMEI 350028715559982 from KIKO's BEDROOM and electronic devices, including a silver HP Envy X360 (SN BCG9364XG6) laptop from KIKO's bedroom in the residence.

20. Law enforcement personnel conducted an on-scene preliminary review of the electronic devices at the SUBJECT PREMISES. The review of KIKO's Apple iPhone 14 Plus revealed an image, titled IMG_0443, depicting a prepubescent boy performing oral sex on a male. This image appears to depict one of the minor boys in CSAM SERIES 1.

21. Travel records for KIKO obtained prior to the search warrant revealed that KIKO traveled to Costa Rica multiple times in 2013 and 2014, and he made two short trips to Costa Rica in 2016.

22. Records obtained from TD Bank prior to the search warrant revealed multiple payments from KIKO's account through Remitly, a money service business. The payments were made in July and August 2024 (i.e., the same timeframe when TARGET USERNAME-2 posted child pornography on the dark web). The bank records also revealed multiple payments to what appears to be a mobile phone company that allows users to maintain Costa Rican phone numbers.

## CONCLUSION

23. Based on the foregoing, I submit that there is probable cause to believe that between at least on or about July 2024 and November 15, 2024, Philip G. KIKO Jr., of Arlington, Virginia, sexually exploited children, in violation of 18 U.S.C. § 2251(a) and (e), and respectfully request that a criminal complaint be issued for KIKO.

Respectfully submitted,

Special Agent Tanner Hubbard
United States Secret Service

Subscribed and sworn to in accordance with Fed. R. Crim. P. 4.1 by telephone on November 15, 2024:

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2024.11.15 13:26:14 -05'00'

The Honorable Lindsey R. Vaala
United States Magistrate Judge
Alexandria, Virginia