IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CASE NO.: 1:24-MJ-457 |
| v. : | |
| : | |
| : | |
| PHILIP KIKO JR., : | |
| : | |
| Defendant. : | |

## MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER

Pursuant to 18 U.S.C. Section 3145(b), Defendant Philip Kiko Jr. ("Mr. Kiko") hereby respectfully moves this Court to revoke the ruling made to detain him pending trial by Judge Fitzpatrick on November 19, ECF. Doc. 13. Pretrial Services has recommended release to Mr. Kiko's mother with internet monitoring. Mr. Kiko has no prior record. Mr. Kiko has unusually suitable third-party custodians in his mother and father. His mother has approximately 40 years of prior public service, is a prior employee of the justice department, has served as a prosecutor in this district, is a former judge, and is a presidential appointee.[1] Mr. Kiko's father, Philip Kiko Sr., has also spent the majority of his career in public service, most recently as a Constitutional Officer for the House of Representatives, and he is currently a principal at Williams and Jensen, PLLC.[2]

At the bond hearing, and on appeal, the defense indicated Mr. Kiko's parents are willing to supervise him 24/7 during the pendency of the case, and are willing to completely remove all internet from the abode. This proposal goes far beyond what pretrial indicated was necessary for release to be appropriate. At the detention hearing, the defense largely did not contest the

---

[1] *See* https://en.wikipedia.org/wiki/Colleen_Kiko.
[2] *See* https://www.williamsandjensen.com/team/phil-g.-kiko.

1

government's evidence for purposes of the hearing. The allegations are serious, but there is no evidence the defendant ever personally touched a minor. The Court found that Mr. Kiko was not a flight risk, but was a safety risk.

In this case, the conditions proposed by the defense are more than adequate. They involve 24/7 supervision of the defendant by his parents, both of whom are longtime public servants whose credibility and capacity to do the job assigned by the Court cannot be reasonably questioned. There would be monitored home confinement. There would be no internet. They would be continually present. The parents at the hearing also swore under oath they would report any violations to pre-trial or the Court.

Finally, counsel is aware that some could take a very practical look at Mr. Kiko's situation. On a practical level, while it may be argued that Mr. Kiko could face a 15, or more, year sentence, so why not just serve it now, the defense offers two rejoinders. First, this is not the legal standard. And second, Mr. Kiko's parents are in their mid-70s, and may not be alive then. Further he has three children, ages 2,3, and 6, and as a parent, it would be better for them if they could have supervised visitation with their father for a period of time and make arrangements if Mr. Kiko were to be eventually convicted.

**CONCLUSION**

For these reasons, Counsel for Mr. Kiko respectfully requests that the Court revoke or amend the Order of Detention Pending Trial, and follow the recommendation of pre-trial or alternately order release on the more restrictive conditions proposed by the defense

This 22nd day of November, 2024.

Respectfully submitted,

Philip Kiko
By Counsel

/s/
Cary Citronberg
JOHNSON/CITRONBERG, P.L.LC.
421 King Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@jc-attorney.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing Motion with the Clerk of Court in PDF format.

/s/
Cary Citronberg
JOHNSON/CITRONBERG, P.L.LC.
421 King Street
Alexandria, VA 22314
703-684-8000 (office)
703-684-9700 (fax)
cary@jc-attorney.com